STATE OF NEW JERSEY v. WILLIAM DUNCAN.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. ALISON TOWEY.

February 23, 1988.

Petition for certification granted.

STATE OF NEW JERSEY v. HERNAN GONZALEZ.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL THOMAS COLEMAN.

February 23, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. WAYNE MINNICK.

February 23, 1988.

Petition for certification denied.